IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DERRICK JARARD YOUNG, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO.  2:08cv526-TMH |
| | ) | (WO) |
| JEFFREY KELLER, *et al.*, | ) | |
| | ) | |
| Respondent. | ) | |

**OPINION AND ORDER**

On October 30, 2008, the Magistrate Judge filed a Recommendation in this case recommending that the petition of habeas corpus relief filed pursuant to 28 U.S.C. § 2241 be dismissed without prejudice to afford the petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the BOP.  (Doc. # 15).Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, that the petition for habeas corpus relief be and is hereby DISMISSED without prejudice to afford the petitioner an opportunity to exhaust his administrative remedies in accordance with the procedures established by the BOP.

Done this 3rd day of December 2008.

/s/ Truman M. Hobbs

TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE